UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 03250
    VICTOR M ZAVALA
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-2160

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 01/29/2004 and was confirmed 05/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/07/2008.
-----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK ONE | SECURED | 1987.33 | 587.58 | 1987.33 |
| BELCORP FINANCIAL SEVICE | MORTGAGE ARRE | 86000.00 | .00 | 86000.00 |
| CHASE MANHATTAN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| FIFTH THIRD BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIFTH THIRD BANK | MORTGAGE ARRE | 607.40 | .00 | 607.40 |
| ILLINOIS DEPT OF REVENUE | SECURED | .00 | .00 | .00 |
| *SCHOTTLER & ZUKOSKY | PRIORITY | NOT FILED | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | MORTGAGE ARRE | 889.18 | .00 | 889.18 |
| CHASE MANHATTAN MORTGAGE | COST OF COLLE | 100.00 | .00 | 100.00 |
| *SCHOTTLER & ZUKOSKY | DEBTOR ATTY | 1,200.00 | | 1,200.00 |
| TOM VAUGHN | TRUSTEE | | | 5,461.81 |
| DEBTOR REFUND | REFUND | | | 989.70 |

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 97,823.00 | |
| PRIORITY | | .00 |
| SECURED | | 89,583.91 |
| INTEREST | | 587.58 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,200.00 |
| TRUSTEE COMPENSATION | | 5,461.81 |
| DEBTOR REFUND | | 989.70 |
| TOTALS | 97,823.00 | 97,823.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 11/20/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 04 B 03250 VICTOR M ZAVALA